**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-698 |
| | § | |
| | § | |
| | § | |
| JOSE LUIS GONZALEZ-MEDINA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 16).   The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance is GRANTED. The pretrial conference is reset to **March 22, 2010, at 8:45 a.m.** and the jury trial and selection are reset to **March 29, 2010**, **at 9:00 a.m.**

SIGNED on February 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge